JON A. HEABERLIN (SBN 199810)
**RANKIN | STOCK | HEABERLIN**
96 No. Third Street, Suite 500
San Jose, California 95112-7709
Telephone : (408) 293-0463
Facsimile : (408) 293-9514

Attorneys for Defendants
COUNTY OF SAN BENITO, MIKE MULL,
VICTOR CASADA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JUSTIN BALDASANO, NANCY MARTINEZ,

　　　　　Plaintiffs,

vs.

COUNTY OF SAN BENITO, MIKE MULL, VICTOR CASADA, and DOES 1-50,

　　　　　Defendants.

Case No. 5:15-CV-00331 RMW

**[PROPOSED] CASE MANAGEMENT SCHEDULING ORDER**

TO ALL PARTIES AND COUNSEL OF RECORD:

A Case Management Conference was held in this action on June 12, 2015, Plaintiffs appearing by John Kevin Crowley, Esq. and Defendants appearing by David J. Stock, Esq. and Saman Khan, Esq. At this Conference, the Court set the following dates:

| | |
|---|---|
| Fact Discovery Cutoff | July 15, 2016 |
| Disclosure of Experts | July 15, 2016 |
| Expert Discovery Cutoff | August 26, 2016 |
| Last day to Hear Dispositive Motions | September 9, 2016, at 9:00 a.m. |
| Deadline to Submit Joint Pretrial Statement | October 21, 2016 |
| Pretrial Conference | October 28, 2016, at 2:00 p.m. |
| Trial Date | November 14, 2016, at 1:30 p.m. |

Case Management Scheduling Order

Discovery Plan.

The Court sets the following discovery limits:

(a) *Depositions.* 10 per side.

(b) *Interrogatories.* 25 per side.

(c) *Document Request.* No limit, but requests must be narrowly tailored.

(e) *Requests for Admission.* 10 per side.

ADR.

The case is referred to Early Neutral Evaluation. The Early Neutral Evaluation process is to be completed within six months from the date of the case management conference.

**IT IS SO ORDERED.**

DATED:   9/11/2015

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Court Judge

APPROVAL AS CONFORMING TO ORDERS OF COURT:

DATED: /s/ August 19, 2015          /s/ John Kevin Crowley
                                    John Kevin Crowley, Esq.
                                    Attorneys for Plaintiffs