1  JON A. HEABERLIN (SBN 199810)
   **RANKIN | STOCK | HEABERLIN**
2  96 No. Third Street, Suite 500
   San Jose, California 95112-7709
3  Telephone : (408) 293-0463
   Facsimile : (408) 293-9514
4

5  Attorneys for Defendants
   COUNTY OF SAN BENITO, MIKE MULL,
6  VICTOR CASADA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12 JUSTIN BALDASANO, NANCY            )   Case No. 5̶:15-CV-00331 JST  (3)
   MARTINEZ,                          )
13                                    )   **ORDER CONTINUING CERTAIN**
              Plaintiffs,             )   **PRETRIAL DEADLINES**
14                                    )
   vs.                                )
15                                    )
   COUNTY OF SAN BENITO, MIKE         )
16 MULL, VICTOR CASADA, and           )
   DOES 1-50,                         )
17                                    )
              Defendants.             )
18 _____)

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

---

1

Order Continuing Certain Trial and Associated Deadlines -CV-00331 JST

THE PARTIES HAVING STIPULATED, AND GOOD CAUSE OTHERWISE APPEARING:

The following dates/deadlines shall be extended, as follows:

|  | Current Deadline/Date | New Deadline/Date |
|---|---|---|
| Disclosure of Experts | June 10, 2017 | July 21, 2017 |
| Rebuttal Experts | June 24, 2017 | August 4, 2017 |
| Last Day to File Dispositive Motions | July 14, 2017 | August 4, 2017 |
| Expert Discovery Cutoff | July 28, 2017 | August 25, 2017 |

**IT IS SO ORDERED.**

DATED: June 8, 2017

_____
JUDGE OF THE UNITED STATES DISTRICT COURT