John Kevin Crowley (SBN 88189)
**ATTORNEY AT LAW**
125 S. Market Street, Suite 1200
San Jose, California 95113
Tel: (408) 288-8100
Fax: (408) 288-9409

**Attorney for Plaintiffs**
Nancy Martinez, Estate of
Justin Baldasano

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

3:15-cv-00331-JST

CASE NO: ~~5:15-CV-00331-RMW~~

**[PROPOSED]** ORDER ON SECOND
STIPULATED REQUEST FOR
CONTINUANCE OF CERTAIN
PRETRIAL DEADLINES

JUSTIN BALDASANO, NANCY
MARTINEZ,

Plaintiffs,

vs.

COUNTY OF SAN BENITO, MIKE
MULL, VICTOR CASADA, and DOES
1-50,

Defendants.

THE PARTIES HAVING STIPULATED AND GOOD CAUSE OTHERWISE APPEARING:

The following dates and deadlines shall be extended as follows:

| | Original Deadline | Prior Stipulated Deadline | **Proposed Deadline** |
|---|---|---|---|
| Expert Disclosure | June 10, 2017 | July 21, 2017 | **August 14, 2017** |
| Rebuttal Experts | June 24, 2017 | August 4, 2017 | **August 25, 2017** |
| Deadline for Dispositive Motions | July 14, 2017 | August 4, 2017 | **August 25, 2017** |
| Expert Discovery Cutoff | July 28, 2017 | August 25, 2017 | **September 8, 2017** |

IT IS SO ORDERED.

Dated: _____August 1_____, 2017

_____

JUDGE OF THE UNITED STATES
DISTRICT COURT