| | |
|---|---|
| 1 | JON A. HEABERLIN (SBN 199810)<br>**RANKIN | STOCK | HEABERLIN** |
| 2 | 96 No. Third Street, Suite 500<br>San Jose, California 95112-7709 |
| 3 | Telephone : (408) 293-0463<br>Facsimile : (408) 293-9514 |
| 4 | |
| 5 | Attorneys for Defendants<br>COUNTY OF SAN BENITO, MIKE MULL, |
| 6 | VICTOR CASADA |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NANCY MARTINEZ, | ) | Case No. 3:15-CV-00331 JST |
| Plaintiff, | ) | **STIPULATION AND ~~PROPOSED~~ ORDER REGARDING ISSUE OF POSSIBLE NEW CLAIM BY PLAINTIFF NANCY MARTINEZ** |
| vs. | ) | |
| COUNTY OF SAN BENITO, MIKE MULL, VICTOR CASADA, and DOES 1-50, | ) | |
| Defendants. | ) | |

WHEREAS on October 30, 2017, Plaintiff NANCY MARTINEZ presented a new claim under the California Government Code to the County of San Benito for an incident with County Sheriffs' deputies that occurred on or about April 29, 2017;

WHEREAS the claim was rejected by operation of law on or about December 14, 2017;

WHEREAS during the Case Management Conference on December 6, 2017, defense counsel raised the issue of whether Plaintiff Martinez would be filing a new lawsuit, and whether that new lawsuit should be consolidated with the present litigation for one jury trial; and

WHEREAS His Honor asked the parties to meet and confer on how to address this

1
Stipulation and ~~Proposed~~ Order Regarding Issue of New Claim by Plaintiff Nancy Martinez - CV-00331 JST

issue in light of the pending case schedule and the Court's reluctance to amend it once again;

THE PARTIES HEREBY STIPULATE, THROUGH THEIR COUNSEL OF RECORD HEREIN:

1. Plaintiff NANCY MARTINEZ shall decide by January 15, 2018 whether she intends to litigate any claims relating to her April 29, 2017 incident in connection with the present litigation.

2. Should she elect to litigate the new claims with this case, she must file an proposed amended complaint by January 15, 2018. If she does so, the parties shall immediately meet and confer on an expedited discovery plan that contemplates the new claims, but does not affect the case schedule as ordered by the Court in the *Amended Scheduling Order and Order Dismissing Summary Judgment as Moot* (Docket 71) with the following exceptions: the Court will consider a reasonable extension on the fact discovery cut-off, and expert disclosure deadlines to the extent those implicate the new claims only.

JOHN KEVIN CROWLEY, ESQ.

DATED/s/ Dec. 15, 2017  /s/ John Kevin Crowley, Esq.
JOHN KEVIN CROWLEY, ESQ.
Attorneys for Plaintiffs

Dated:/s/. Dec. 15, 2017  RANKIN | STOCK | HEABERLIN


By:/s/ Jon A. Heaberlin
JON A. HEABERLIN
Attorneys for Defendants

//
//
//
//
//

2
Stipulation and ~~Proposed~~ Order Regarding Issue of New Claim by Plaintiff Nancy Martinez - CV-00331 JST

**ORDER**

Plaintiff NANCY MARTINEZ shall decide by January 15, 2018 whether she intends to litigate any claims relating to her April 29, 2017 incident in connection with the present litigation.

Should she elect to litigate the new claims with this case, she must file ~~an proposed~~ a stipulation or motion for leave to file an amended complaint by January 15, 2018. If she does so, the parties shall immediately meet and confer on an expedited discovery plan that contemplates the new claims, but does not affect the case schedule as ordered by the Court in the *Amended Scheduling Order and Order Dismissing Summary Judgment as Moot* (Docket 71) with the following exceptions: the Court will consider a reasonable extension on the fact discovery cut-off, and expert disclosure deadlines to the extent those implicate the new claims only.

**IT IS SO ORDERED.**

Dated: December 19, 2017

_____
JUDGE OF THE U.S. DISTRICT COURT