JON A. HEABERLIN (SBN 199810)
**RANKIN | STOCK | HEABERLIN**
96 No. Third Street, Suite 500
San Jose, California 95112-7709
Telephone : (408) 293-0463
Facsimile : (408) 293-9514

Attorneys for Defendants
COUNTY OF SAN BENITO, MIKE MULL,
VICTOR CASADA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUSTIN BALDASANO, NANCY MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BENITO, MIKE MULL, VICTOR CASADA, and DOES 1-50,<br><br>Defendants. | Case No. 3:15-CV-00331 JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE PER COURT ORDER (DOCKET 84)** |

IN RESPONSE TO THE COURT'S ORDER DATED FEBRUARY 13, 2018 (DOCKET 84), THE PARTIES HEREBY STIPULATE, THROUGH THEIR ATTORNEYS OF RECORD,

1. The Case Schedule shall be amended as follows, but only for those matters raised for the first time in the Second Amended Complaint:

| | Proposed Deadline/Date |
|---|---|
| Fact Discovery Cutoff | April 27, 2018 |
| Disclosure of Experts | May 4, 2018 |
| Rebuttal Experts | May 11, 2018 |
| Expert Discovery Cutoff | May 25, 2018 |

2. All previous deadlines and dates shall remain in effect for the claims in the original and First Amended Complaint.

                          JOHN KEVIN CROWLEY, ESQ.

DATED: /s/February 20, 2018       /s/ John Kevin Crowley
                                           JOHN KEVIN CROWLEY, ESQ.
                                           Attorneys for Plaintiffs

Dated: /s/ February 19, 2018       RANKIN | STOCK | HEABERLIN

                                       By:/s/ Jon A. Heaberlin
                                           JON A. HEABERLIN
                                           Attorneys for Defendants

# **ORDER**

The Court having granted leave for Plaintiff to file a Second Amended Complaint (Docket 84), such Second Amended Complaint having been filed (Docket 85), and the parties having stipulated to a new case schedule, the Court ORDERS that the case schedule shall be amended as follows, but only as to any new issues raised for the first time in the Second Amended Complaint:

|  | Deadline/Date |
|---|---|
| Fact Discovery Cutoff | April 27, 2018 |
| Disclosure of Experts | May 4, 2018 |
| Rebuttal Experts | May 11, 2018 |
| Expert Discovery Cutoff | May 25, 2018 |

**IT IS SO ORDERED.**

DATED: February 22, 2018

_____
JUDGE OF THE U.S. DISTRICT COURT