| | |
|---|---|
| 1 | JON A. HEABERLIN (SBN 199810) |
| | **RANKIN | STOCK | HEABERLIN** |
| 2 | 96 No. Third Street, Suite 500 |
| | San Jose, California 95112-7709 |
| 3 | Telephone : (408) 293-0463 |
| | Facsimile : (408) 293-9514 |
| 4 | |
| 5 | Attorneys for Defendants |
| | COUNTY OF SAN BENITO, MIKE MULL, |
| 6 | VICTOR CASADA |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUSTIN BALDASANO, NANCY MARTINEZ, | Case No. 3:15-CV-00331 JST |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER FOR THREE-DAY EXTENSION ON CERTAIN PRETRIAL CONFERENCE FILINGS** |
| vs. | |
| COUNTY OF SAN BENITO, MIKE MULL, VICTOR CASADA, and DOES 1-50, | |
| Defendants. | |

THE PARTIES HEREBY STIPULATE, THROUGH THEIR ATTORNEYS OF RECORD,

1. The parties are in receipt of the Court's *Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment* (Docket 107). The *Order* will obviously affect many of the items contemplated by the joint pretrial statement such as witnesses, exhibits, and potential in limine motions.

2. Defense counsel Jon A. Heaberlin is starting a 42 U.S.C. §1983 jury trial with Judge Beth Labson Freeman in San Jose, on June 4, 2018, although jury selection will occur tomorrow, June 1, 2018. Mr. Heaberlin expects the trial will be very short, and the jury should have the case by Wednesday, June 6, 2018.

3. The parties jointly request a short (i.e., three-day) extension on the items presently due Tuesday, June 5, 2018 in the Court's *Standing Order for Civil Jury Trials Before District Judge Jon S. Tigar* (joint pretrial statement, in limine motions, etc.) to June 8, 2018. This would coincide with the deadline for the Jury Materials (June 8, 2018) in the Court's *Standing Order*. The parties agree that this stipulation will not affect the other dates in the Court's *Standing Order*, such as the Opposition deadline for motions in limine.

JOHN KEVIN CROWLEY, ESQ.

DATED: /s/ May 31, 2018          /s/John Kevin Crowley
                                 JOHN KEVIN CROWLEY, ESQ.
                                 Attorneys for Plaintiffs

Dated: /s/ May 31, 2018          RANKIN | STOCK | HEABERLIN

                                 By: /s/ Jon A. Heaberlin
                                    JON A. HEABERLIN
                                    Attorneys for Defendants

**<u>ORDER</u>**

The parties having stipulated and good cause appearing, the items contemplated by the Court's *Standing Order for Civil Jury Trials Before District Judge Jon S. Tigar* as presently due on June 5, 2018 (i.e., pretrial conference statement, in limine motions, etc.) shall now be due on June 8, 2018. All other dates and deadlines shall remain in effect.

**IT IS SO ORDERED.**

DATED: June 1, 2018

_____
JUDGE OF THE U.S. DISTRICT COURT